*Chauncey P. Ives* v. *Thomas H. Miter et al.* S. STEVENS, for appellant; J. RHOADES, for respondent. Decree appealed from affirmed with costs.

*Jacob Westbrook, Ex'r, &c.* v. *Simon A. Ostrander et al.* J. O. LINDERMAN, for appellant; JOHN COLE, for respondent. Decree of the surrogate reversed and proceedings remited to him with directions to restate the account with the executor, upon the principles of the chancellor's decision.

*Charles Williams et al.* v. *Abraham P. Voorhees et al.* J. RHOADES, for complainants; A. P. MANN, for defendants.— Decided that neither of the appeals could be sustained; and decree of the vice chancellor affirmed, without costs to either party.

*Edward Prince et al.* v. *Elihu H. S. Mumford et al.* W. W. MUMFORD, appellant, in person; A. TABER, for respondents. Decretal order appealed from affirmed with costs.

*Elisha Alvord et al., Ex'rs, &c.* v. *Leonard V. Reed et al.* I. HARRIS, for appellant; J. E. TAYLOR, for respondents.— Appeal dismissed, with $20 costs to be paid to the solicitor of the respondent Mary Reed.